IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>T. PETERSON, et al.,<br><br>    Defendants.<br>_____ / | 1:06-cv-01554 AWI-DLB (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO FILE<br>AMENDED COMPLAINT<br><br>(DOCUMENT #9)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2008, plaintiff filed a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.


IT IS SO ORDERED.

Dated: **April 2, 2008**         **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE